UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD L. BASKETT,<br><br>            Plaintiff,<br><br>     vs.<br><br>DEPARTMENT OF CORRECTIONS, CITY OF SEATTLE PROBATION DIVISION, STATE OF WASHINGTON PENAL DIVISION, and AIRWAY HEIGHTS CORRECTIONS CENTER,<br><br>            Defendants. | NO. CV-07-083-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING *IN FORMA PAUPERIS* STATUS |

BEFORE THE COURT are Plaintiff's Objections (Ct. Rec. 10) to the Report and Recommendation to deny him *in forma pauperis* status (Ct. Rec. 9), as well as numerous other Motions and Notices (Ct. Recs. 11, 12, 13, 14, 15, 16, 17, 18, and 19). Plaintiff contends, due to his multiple disabilities and disorders, he has been unable to articulate his federal claims. Plaintiff also claims he has been without medications/P.T.S.D. treatment for twenty four months. Nevertheless, he states no facts showing he is under imminent danger of serious physical injury.

Furthermore, Plaintiff does not challenge the fact that three of his cases in the Western District of Washington were dismissed as

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING *IN FORMA PAUPERIS* STATUS - 1

frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Baskett v. Agar*, C05-5743FDB, dismissed with prejudice on April 20, 2006; *Baskett v. Bovenkamp*, C06-5150RJB, dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) on July 26, 2006; and *Baskett v. Migchelbrink*, C06-5200RJB, dismissed as frivolous on September 5, 2006.

After review of Plaintiff's Objections and subsequent documents, and for the reasons set forth by the Magistrate Judge, **IT IS ORDERED** Plaintiff's application to proceed without prepayment of the filing fee is **DENIED** pursuant to 28 U.S.C. § 1915(g). Plaintiff shall pay the full filing fee for this action, **$350.00,** on or before **MAY 16, 2007**, or this action will be dismissed and all pending motions denied as moot.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, **SET A CASE MANAGEMENT DEADLINE ACCORDINGLY**, and forward a copy to Plaintiff.

**DATED** this    2nd    day of May 2007.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING *IN FORMA PAUPERIS* STATUS – 2