UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RONALD L. BASKETT,

                Plaintiff,

    vs.

DEPARTMENT OF CORRECTIONS,
CITY OF SEATTLE PROBATION
DIVISION, STATE OF
WASHINGTON PENAL DIVISION,
and AIRWAY HEIGHTS
CORRECTIONS CENTER,

                Defendants.

NO.  CV-07-083-MWL

ORDER DISMISSING ACTION FOR
FAILURE TO PAY FILING FEE

By Order filed May 2, 2007, the court adopted the Report and
Recommendation, denied Plaintiff's Application to Proceed Without
Prepayment of the Filing Fee pursuant to 28 U.S.C. § 1915(g), and
directed Plaintiff to pay the full filing fee of $350.00 under 28
U.S.C. § 1914 on or before May 16, 2007.  The court cautioned that
failure to comply would result in dismissal of this action.  Plaintiff
did not comply and has filed nothing further in cause number CV-07-
083-MWL.

Accordingly, for the reasons set forth above and in the courts'
previous Orders, **IT IS ORDERED** this action is **DISMISSED** for failure to

ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE -- 1

pay the filing fee. **IT IS FURTHER ORDERED** all pending motions are **DENIED AS MOOT.**

 **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff and close the file.

 **DATED** this 24th day of May, 2007.


          ***s/Lonny R. Suko***

           LONNY R. SUKO
         UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE -- 2